UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED30 MAY '13 12:11USDC-ORP

PORTLAND DIVISION

UNITED STATES OF AMERICA,

Case No. 3'13 - CR - 246    SI

v.

INFORMATION

TRINA WILLIAMS,

18 U.S.C. § 1001

Defendant.

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
[False Statements to Government Agencies]

On or about July 20, 2010, within the District of Oregon, the defendant, **TRINA WILLIAMS**, defendant herein, in a matter within the jurisdiction of the United States Department of Agriculture and the United States Department of Housing and Urban Development, did knowingly and willfully cause materially false written statements to be submitted, knowing the statements were untrue and material to both agency's determination of William's eligibility for Food Stamps and housing benefits. Specifically, defendant, **TRINA WILLIAMS**, falsely represented her household composition and household income; all in violation of Title 18, United States Code, Section 1001.

Dated this 30th day of May, 2013.

Respectfully Submitted,

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

SCOTT ERIK ASPHAUG
Assistant United States Attorney